

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00623-CR

**EX PARTE** Luis Alfredo **APARICIO**

From the County Court, Maverick County, Texas
Trial Court No. 3976
Honorable Mark R. Luitjen, Judge Presiding[1]

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, the trial court's order denying Luis Alfredo Aparicio's application for pretrial writ of habeas corpus is REVERSED and this cause is REMANDED to the trial court for further proceedings.

SIGNED June 21, 2023.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

---

[1]The Honorable Paul Canales presided over the hearing on Luis Alfredo Aparicio's application for writ of habeas corpus. The Honorable Mark R. Luitjen signed the order denying relief on Aparicio's application.